**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, STEPHANIE PUI-MUN LAW ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Stephanie Pui-Mun Law and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on May 20, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and

Walmart Inc. ("Walmart") marketplaces, as identified in Exhibit 2 to the Declaration of Stephanie Pui-Mun Law as being related to the defendants.

4. I hereby certify that on or before May 20, 2026, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction on said website.

5. I hereby certify that on May 20, 2026, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Notice of Motion for Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, Temu, and Walmart marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*