**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 8 | lqtxgl |
| 15 | wuxion |
| 25 | Ykfss |
| 28 | liwenzhuang |
| 29 | POPOU |
| 32 | GIOLL |
| 36 | Tenna Teki |
| 44 | shuquan liu |
| 46 | QZ2024 |
| 48 | PAMUI |
| 54 | WAKTS |
| 56 | KCH Home Dec |
| 60 | MALNP |
| 64 | Artistic vision two |
| 66 | APXUB |
| 72 | UYHRI |
| 82 | CNNGUX shop |
| 91 | LHYFlower |
| 93 | ZY Throw pillow decoration |

| 95 | LumaGoodsshop |
|---|---|
| 96 | LCY Family throw pillow |

DATED:  June 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt