**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stephanie Pui–Mun Law

                          Plaintiff,

v.

                                    Case No.:
                                    1:26–cv–05290
                                    Honorable Charles P.
                                    Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for entry of default and default judgment [35] is denied without prejudice. Under the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., 2026 WL 1502198, at *6 (7th Cir. May 29, 2026), service by email is only proper if the Hague Convention does not apply because Defendants' physical addresses remain unknown even after reasonably diligent efforts to ascertain them. By 7/8/2026, Plaintiff must file either (a) a renewed motion for entry of default and default judgment, supported by a memorandum in which Plaintiff must explain why and based on what efforts email service is proper for each defaulting defendant in this case under Kangol; or (b) a status report in which Plaintiff will update the Court on efforts to accomplish service of process in accord with Kangol. Any renewed motion for default judgment shall also state whether the Court has personal jurisdiction over each defaulting defendant named as addressed in Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026), and direct the Court to the evidence establishing personal jurisdiction for each defaulting defendant. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.