**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**STATUS REPORT**

Plaintiff, STEPHANIE PUI-MUN LAW ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [29].

On June 23, 2026, Defendant No. 75 HatForU appeared through counsel and moved for an extension of time to respond to Plaintiff's Complaint. [43]. Defendant HatForU has until July 14, 2026, to answer or otherwise plead. [44].

Plaintiff has begun collecting necessary information for a renewed motion for entry of default and default judgment as directed in Minute Entry Order [42]. Plaintiff will file the renewed motion or a status report by July 8, 2026.

DATED:  June 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<div align="center" style="margin-left:40%">

*/s/ Keith A. Vogt*
Keith A. Vogt

</div>

2