**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

     Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AND DEFAULT
JUDGMENT AGAINST DEFENDANTS NOS. 1, 7, 9, 27, 37, AND 39**

Plaintiff, pursuant to the Court's Order of June 23, 2026 [ECF 42] and Federal Rule of Civil Procedure 55, hereby renews her motion for entry of Default and Default Judgment against the following six Defendants, each of which was served, has failed to appear, answer, or otherwise defend, and has not been dismissed: Defendant Nos. 1 (yankuoshangpin), 7 (qifujiang33), 9 (fuxiangfuzhaung), 27 (zhangliang66), 37 (wuhushiliuyinyishangmaoyouxiangongsi), and 39 (Tanxih agent) (the "Defaulting Defendants"). Plaintiff submits this Renewed Motion only with respect to the six Defaulting Defendants. Plaintiff does not seek relief against the remaining Defendants at this time and reserves, to the extent permitted by applicable law and court order, all rights to seek appropriate relief against them.

Plaintiff files herewith a Memorandum of Law in support, together with the Declaration of Keith A. Vogt (including Exhibit A, the Defendant Address Investigation Table, Exhibit B, the order confirmations for the six Illinois test purchases, and Exhibit C, the infringing evidence).

1

DATED: July 8, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Keith A. Vogt
Keith A. Vogt, Esq.

3