**EXHIBIT A**

**Defendant Address Investigation Table**

**Efforts applied to every defendant:** (1) obtained the marketplace-disclosed address via Court-ordered expedited discovery [19] ¶¶ 3–4, 6]; (2) searched the address in Google / Google Maps, as well as Chinese-leading mapping service, Baidu Maps and for Defendant No. 27, Amap; (3) analyzed the disclosed address (including its Chinese characters) for a deliverable, defendant-specific premises; (4) searched a PRC business registry (Tianyancha / 天眼查) by both address and storefront name. Storefront-name searches returned no registered entity for any of the six (unregistered e-commerce pseudonyms).

| Def. | Storefront | Marketplace-disclosed address | Registry result at that address (Tianyancha) | Why unknown as to this defendant |
|---|---|---|---|---|
| 37 | wuhushiliuyinyishangmaoyouxiangongsi | 山东省潍坊市潍城区金源大厦二期1单元1503 | **No entity registered at Unit 1503.** 金源大厦 is a residential building (住宅, 320 units, built 2014). Building-level search returned 20+ unrelated entities, none at Unit 1503. | No registrant at the claimed unit; residential building; and facial name/place incoherence (name = 芜湖/Wuhu, Anhui; address = 潍坊/Weifang, Shandong, ~700 km apart). |
| 39 | Tanxih agent | 贵州省遵义市红花岗区北京路街道火车站春天堡客车站宿舍4栋7单元601 | 遵义市桂轩安贸易有限公司 (USCC 91520321MAAJQDJ00P; 自然人独资; 存续; legal rep 智燕妮; scope: pre-packaged food/beverage, sundries). Address is a bus-station dormitory (客车站宿舍). Name-search "Tanxih" → a Wenzhou (Zhejiang) entity, not at this address. | Registered occupant (a food/beverage company) bears no relation to "Tanxih agent"; the disclosed address is a transit-worker dormitory, not this seller's premises. |
| 1 | yankuoshangpin | 广东省东莞市常平镇刘家墩大街三巷86号201房 | 东莞市颜恬贸易有限公司 (USCC | Registered occupant (颜恬贸易 / rep 蔡金狮) |

| Def. | Storefront | Marketplace-disclosed address | Registry result at that address (Tianyancha) | Why unknown as to this defendant |
|---|---|---|---|---|
| | | | 91441900MAEMY0H9XM; 自然人独资; 存续; legal rep 蔡金狮; reg. cap. 10万). | bears no relation to "yankuoshangpin." |
| 9 | fuxiangfuzhaung | 广东省广州市黄埔区光谱西路65号 | 20+ unrelated entities registered at 光谱西路65号 (Guangzhou Science City commercial park); none matches the storefront. Street number only, no unit. | Multi-tenant commercial park with 20+ occupants and no unit designation; none is this seller. |
| 7 | qifujiang33 | 北京市昌平区振兴路35号院1号楼2层246 | 20+ unrelated entities registered at this unit (multi-tenant office; several recorded as "通信地址匹配"/correspondence-address only); none matches the storefront. | Shared multi-tenant / correspondence-use office unit occupied by 20+ unrelated companies; none is this seller. |
| 27 | zhangliang66 | 河北省石家庄市晋州市长瑞锦城小区西门1-0014号门市 | **Two** entities at the storefront: 河北千梭纺织科技有限公司 (USCC 91130183MAK18QPU3H; rep 张亮; scope: textiles/apparel) and 晋州市朗腾进出口贸易有限公司 (USCC 91130183MAEY2MGM6L; rep 曹佳奇). Storefront-name search: no match. | Neither company name matches "zhangliang66," and two unrelated companies share the one unit (shared/nominee registration); textile scope ≠ product sold (metal signs). Legal rep 张亮 corresponds to the handle — a common-name coincidence addressed head-on in the memorandum. |

**Mapping-Service Captures — Per-Defendant Results**

The following summarizes the Baidu Maps (百度地图) captures for all six Defendants, and the additional Amap (高德地图) captures for Defendant No. 27.

| Def. | Screenshot | What the map shows | Effect |
|---|---|---|---|
| 37 | FireShot 031 (Baidu) | 金源大厦 (Weifang) exists as a building, but no occupant is placed at Unit 1503. | Corroborates building-exists + no-registrant-at-unit; Wuhu/Weifang mismatch stands. |
| 39 | FireShot 032 (Baidu) | Resolves to the 春天堡 bus-station dormitory complex (客运站宿舍 / 瑞诚商厦); no "Tanxih" occupant. | Corroborates dormitory; registrant unrelated. |
| 1 | FireShot 034 (Baidu) | Baidu cannot pinpoint 三巷86号201房 — zooms to region, returns only the general street (刘家墩大街) and neighboring numbers (No. 3/6/17). | Exact unit not locatable on the map. |
| 9 | FireShot 035 (Baidu) | Resolves to 凌宇大厦 (光谱西路65号); "此地址上有" lists multiple unrelated companies, none "fuxiangfuzhaung." | Corroborates multi-tenant building; no match. |
| 7 | FireShot 036 (Baidu) | Resolves to the unit; "此地址上有" = 北京中肽生物科技有限责任公司, not "qifujiang33." | Registrant ≠ storefront. |
| 27 | FireShot 033 (Baidu); 037 + 038 (Amap) | Baidu gates = 北门/北1门/南门 only; Amap west gates = 西1门 / 西2门 (no plain 西门); neither resolves "1-0014号门市." | Disclosed "西门1-0014号门市" does not resolve on either service — supports "address unknown." |

**Defendant No. 27 — mapping results.** Neither Baidu nor Amap resolves the disclosed "西门1-0014号门市." Baidu (FireShot 033) shows the community's gates only as 北门 / 北1门 / 南门 and buildings 1/8/12号楼 — no plain 西门 and no "1-0014号门市" unit. Amap (FireShot 037 and 038) shows the west gates are labeled 西1门 and 西2门 — there is no gate simply named "西门" — and searching the full string returns only the community and its gates, not the storefront unit. Because the disclosed premises does not

3

resolve on either service, the address is unknown as to this Defendant; the only fact pointing the other way is the registry legal-representative name 张亮, met by the counter-facts in the table above and briefed in the memorandum.