# EXHIBIT B

## Order Confirmations for the Six Illinois Test Purchases

Exhibit B to the Declaration of Keith A. Vogt

*Stephanie Pui-Mun Law v. The Partnerships and Unincorporated Associations Identified on Schedule "A," No. 1:26-cv-05290 (N.D. Ill.) — Judge Charles P. Kocoras*

| Def. No. | Storefront | Amazon Order No. |
|---|---|---|
| 1 | yankuoshangpin | 114-4211026-8773052 |
| 7 | qifujiang33 | 113-1283241-4476256 |
| 9 | fuxiangfuzhaung | 113-3450521-1461845 |
| 27 | zhangliang66 | 113-2781401-3767409 |
| 37 | wuhushiliuyinyishangmaoyouxiangongsi | 114-8704486-5926606 |
| 39 | Tanxih agent | 114-4739744-9315441 |

*All six orders were placed March 19, 2026 and shipped to 1111 W. 35th St., 15th Floor, Chicago, IL 60609. For Defendant No. 39 (Tanxih agent), the product listing image showing the accused dragonfly artwork on the shower curtain follows the order confirmation.*

# Order Summary

Order placed March 19, 2026    |    Order # 114-4211026-8773052

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇▇ | Visa ending in ▇▇ | Item(s) Subtotal: | $8.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $4.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $13.98 |
| United States | | Estimated tax to be collected: | $0.92 |
| | | **Grand Total:** | **$14.90** |

## Arriving April 6 - April 15



Fun Dragonfly Decor Sign 6X12 Inch - I Am Always with You Wooden Wall Art Romantic Hanging Door Decor for Front Door Living Room Bedroom Gift with Farmhouse Rustic Charm

Sold by: yankuoshangpin

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔☒

© 1996-2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05290 Document #: 47-5 Filed: 07/08/26 Page 3 of 8 PageID #:477

# Order Summary

Order placed March 19, 2026      |      Order # 113-1283241-4476256

**Ship to**

████████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ████

[ View related transactions ]

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$13.22** |

## Arriving March 31 - April 8



GCXDGCX Creative Tin Sign Dragonfly I Am Always with You Hippie Boho Wall Art Funny Novelty Metal Tin Signs Home Garden Bar Hotel Office Bedroom Living Room Cafes Wall Decor 12x16Inch

Sold by: qifujiang33
Supplied by: Other
$11.99

Back to top

amazon

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 19, 2026 | Order # 113-3450521-1461845

**Ship to**

████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $8.98 |
| Total before tax: | $16.97 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$17.79** |

**Arriving April 15 - April 23**



Creative Tin Sign Dragonfly I Am Always With You Hippie Boho Wall Art Funny Novelty Metal Tin Signs Home Garden Bar Hotel Office Bedroom Living Room Cafes Wall Decor 8x12Inch

Sold by: fuxiangfuzhaung

Supplied by: Other

$7.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑✗

© 1996-2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05290 Document #: 47-5 Filed: 07/08/26 Page 5 of 8 PageID #:479

# Order Summary

Order placed March 19, 2026 | Order # 113-2781401-3767409

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.98 |
| Shipping & Handling: | $5.88 |
| Total before tax: | $11.86 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$12.47** |

## Arriving March 31 - April 10



Dragonfly Metal Signs Vintage Dragonfly Garden Decor I Am Always with You Tin Sign Dragonfly Wall Decor Retro Funny Dragonfly Gifts for Office Women Tin Sign Home Gift 6x8 Inch

Sold by: zhangliang66
Supplied by: Other

$5.98

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-05290 Document #: 47-5 Filed: 07/08/26 Page 6 of 8 PageID #:480

# Order Summary

Order placed March 19, 2026   |   Order # 114-8704486-5926606

**Ship to**

███████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in ███

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$11.01** |

---

## Arriving Monday



**Creative Tin Sign Dragonfly Choose Kindness Funny Novelty Metal Retro Wall Decor For Home Gate Garden Bars Restaurants Cafes Office Store Pubs Club Gift for Home Coffee Wall Decor 8x12 Inch**
Sold by: wuhushiliuyinyishangmaoyouxiangongsi
Supplied by: Other
$9.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed March 19, 2026      |      Order # 114-4739744-9315441

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▬▬▬▬▬ | Visa  ending in ▬▬ | Item(s) Subtotal: | $49.99 |
| 15TH FLOOR 1111 W 35TH ST | ( View related transactions ) | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $49.99 |
| United States | | Estimated tax to be collected: | $5.12 |
| | | **Grand Total:** | **$55.11** |

### Arriving Monday



**Tanxih Corner Shower Curtain Rod Adjustable Stainless Steel L Shaped Rack Drill Free Install for Bathroom, Bathtub, Clothing Store (Gold 35.5"-51.2" x 47.24"- 65")**
Sold by: Tanxih agent
Supplied by: Other
$49.99

Back to top

amazon

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices  ☑✕
© 1996–2026, Amazon.com, Inc. or its affiliates

**Defendant No. 39 (Tanxih agent) — Product Listing Image**

Amazon Order No. 114-4739744-9315441



*The accused Stephanie Law dragonfly artwork is printed on the shower curtain sold by Defendant No. 39. The Amazon listing title leads with the rod hardware; the purchased product bears the accused work.*