Exhibit C











