## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Stephanie Pui–Mun Law

Plaintiff,

v.

Case No.:<br>1:26–cv–05290<br>Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

    MINUTE entry before the Honorable Charles P. Kocoras: Per Plaintiff's Notice of Voluntary Dismissal [49], all claims in this action against Defendants Effie Store (#45), Breezy Blossom C (#53), and HatForU (#75) are dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The joint status report ordered due on 7/21/2026 is stricken. Plaintiff shall file an updated status report on 7/17/2026. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.