**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

     Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**STATUS REPORT**

Plaintiff, STEPHANIE PUI-MUN LAW ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [50].

Plaintiff's Renewed Motion for Entry of Default and Default Judgment against Defendant Nos. 1 (yankuoshangpin), 7 (qifujiang33), 9 (fuxiangfuzhaung), 27 (zhangliang66), 37 (wuhushiliuyinyishangmaoyouxiangongsi), and 39 (Tanxih agent) [46] is pending and has been taken under advisement by the Court. [51]. This default motion does not close the case.

Plaintiff settled with Defendant No. 75 HatForU, the only Defendant to have appeared through counsel [40], and has dismissed that Defendant. [49].

DATED: July 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 17, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt