**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

**PLAINTIFF'S STATUS REPORT**

Plaintiff, STEPHANIE PUI-MUN LAW ("Plaintiff"), files this status report pursuant to the Court's Minute Entry Order [55].

In response to the Court's Order, [55], Plaintiff has begun notifying the six remaining Defendants through postal channels in China and is actively monitoring delivery status and outcomes of those efforts.

To complete the diligence investigation, document all service efforts, and prepare documents supporting a renewed motion for entry of default, Plaintiff respectfully requests that the deadline to file the renewed motion for entry of default and default judgment be extended to November 23, 2026.

DATED: September 10, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 10, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt