**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE PUI-MUN LAW,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05290

Judge Charles P. Kocoras

Magistrate Judge Laura K. McNally

# PLAINTIFF'S STATUS REPORT

Plaintiff, STEPHANIE PUI-MUN LAW ("Plaintiff"), files this status report pursuant to the Court's Minute Entry Order [57].

As set forth in Plaintiff's prior status report [56], and as the Court directed in its Minute Entry Order [55], Plaintiff is in the process of serving Defendant Nos. 1, 3, 7, and 27 under the Hague Service Convention.

Plaintiff's prior mailing attempts to Defendant Nos. 9 and 37 were not delivered. As directed in [55], Plaintiff will address these Defendants' addresses in a future renewed motion supported with sworn declarations detailing Plaintiff's efforts, and their outcome, as to both of these Defendants.

Plaintiff respectfully requests sixty (60) days to complete service of process under the Hague Convention by which date Plaintiff will file proof of service or a further status report.

DATED: November 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt